IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:10-CV-133-RLV-DCK

| | |
|---|---|
| KEN E. CHURCH, <br><br> Plaintiff, <br><br> v. <br><br> HOME FASHIONS INTERNATIONAL, LLC, <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion And Order For Admissions *Pro Hac Vice*" (Document No. 1) concerning Harvey R. Poe, filed September 9, 2010. Mr. Poe seeks to appear as counsel *pro hac vice* for Defendant Home Fashions International, LLC.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Poe is admitted to appear before this court *pro hac vice* on behalf of Defendant Home Fashions International, LLC.

Signed: September 13, 2010

David C. Keesler
United States Magistrate Judge