# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO.: 5:10-CV-133-DCK

KEN E. CHURCH,

    Plaintiff,

v.

HOME FASHIONS INTERNATIONAL, LLC,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Join Necessary Party Or, In The Alternative, A Permissive Party" (Document No. 9) filed April 15, 2011. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, and it appearing to the Court that Defendant Home Fashions International, LLC consents to the joinder of Ken E. Church Enterprises, LLC as a plaintiff in this matter and to conforming the pleadings as set forth herein, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that Ken E. Church Enterprises, LLC shall be, and hereby is, joined as a Plaintiff in this matter and the pleadings are conformed such that the claims asserted by plaintiff Ken Church shall hereafter be asserted by both Ken E. Church and Ken E. Church Enterprises, LLC, and all answers and defenses made by Defendant to any claim asserted by Plaintiff Ken E. Church shall hereafter be made by Defendant to any claim asserted by Ken Church and Ken E. Church Enterprises, LLC, and no further answer shall be required.

**SO ORDERED**.

Signed: April 15, 2011

David C. Keesler
United States Magistrate Judge