IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CV-133-DCK

| | |
|---|---|
| KENNETH E. CHURCH and KEN E. CHURCH ENTERPRISES, LLC,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>HOME FASHIONS INTERNATIONAL, LLC,<br><br>　　　Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of the status of this case is appropriate.

On December 8, 2011, the undersigned issued an "Order" (Document No. 17) allowing for some additional limited discovery and setting January 30, 2012 as the dispositive motion deadline. Neither party has filed a dispositive motion, and the time to do so has lapsed. In addition, the parties attempted to resolve this dispute through alternative dispute resolution and reached an impasse. (Document No. 11).

Based on the foregoing, the undersigned will now set dates for the Final Pretrial Conference and Trial in this matter. These dates will trigger other important deadlines pursuant to the "Pretrial Order And Case Management Plan" (Document No. 7).

**IT IS THEREFORE ORDERED** that the Final Pretrial Conference will be held on **Tuesday April 3, 2012** at the federal courthouse in Charlotte, North Carolina; and the Trial will begin on **Monday April 9, 2012** at the federal courthouse in Statesville, North Carolina.

**SO ORDERED**.

Signed: February 23, 2012

David C. Keesler
United States Magistrate Judge