# United States District Court
# For The Western District of North Carolina
# Statesville Division

KENNETH E. CHURCH AND
KEN E. CHURCH ENTERPRISES, LLC,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.                              CASE NO. 5:10CV133

HOME FASHIONS INTERNATIONAL, LLC,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 27, 2012, Order.

                                            Signed: September 27, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court